**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00636-AP

DOUGLAS C. LARUE,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.   APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Rachael A. Lundy<br>402 W. 12th Street<br>Pueblo, CO 81003<br>719-543-8636<br>seckarlaw@mindspring.com | JOHN F. WALSH<br>United States Attorney<br>KEVIN TRASKOS<br>Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>Robert L. Van Saghi<br>Special Assistant United States Attorney<br>1001 17th Street<br>Denver, Colorado 80202<br>(303) 844-1948<br>(303) 844-0770 (facsimile)<br>robert.vansaghi@ssa.gov |

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.  Date Complaint Was Filed:** 3/13/12
    **B.  Date Complaint Was Served on U.S. Attorney's Office:** 4/6/12
    **C.  Date Answer and Administrative Record Were Filed:** 6/7/12

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.
To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.    OTHER MATTERS**

The parties state that there are no other matters.

**8.    BRIEFING SCHEDULE**

The parties agreed to the following schedule:

    **A.  Plaintiffs Opening Brief Due:**        7/25/12
    **B.  Defendant's Response Brief Due:**    8/27/12
    **C.  Plaintiffs Reply Brief (If Any) Due:** 9/11/12

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

    **A.  Plaintiffs Statement:** Plaintiff does not request oral argument.
    **B.  Defendant's Statement:** Defendant does not request oral argument.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.   OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 25th day of June 2012.

                                    BY THE COURT:

                                    *s/John L. Kane*  
                                    U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/ Rachael A. Lundy
Rachael A. Lundy
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
seckarlaw@mindspring.com

For Defendant:

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

s/ Robert L. Van Saghi
Robert L. Van Saghi
Special Assistant U.S. Attorney
1001 17th Street
Denver, Colorado 80202
(303) 844-1948
robert.vansaghi@ssa.gov