IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv- 00636-AP

DOUGLAS C. LARUE,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER TO RESTRICT THE ADMINISTRATIVE RECORD FOR COURT USE ONLY

    Pursuant to the Stipulation of the Parties, section two, pages 1-69, of the Electronic Certified Administrative Record (ECAR) filed on June 5, 2012, be restricted for Court use only.

    IT IS HEREBY ORDERED that section two, pages 1-69, of the ECAR filed on June 5, 2012, be restricted for Court use only. Counsel for the Commissioner shall file a new ECAR that contains information pertinent only to this case. The Clerk is directed to restrict the ECAR filed on June 5, 2012, for Court use only.

    Dated at Denver, Colorado this 29th day of June, 2012.

                                        BY THE COURT:

                                        *s/John L. Kane*
                                        Judge John L. Kane
                                        United States District Court Judge