**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-00636-PAB

DOUGLAS C. LARUE,

      Plaintiff,

v.

Carolyn W. Colvin, Commissioner of Social Security,

      Defendant.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 21] of Judge Philip A. Brimmer entered on October 15, 2013 it is

**ORDERED** that, this action was decided by Judge Philip A. Brimmer on Plaintiff's Social Security Appeal.  The Court has ordered that the decision of the administrative Law Judge is reversed and remanded for further proceedings consistent with the Court's opinion and order.  It is

**FURTHER ORDERED** that the Plaintiff shall recover costs from Defendant Carolyn W. Colvin, Commissioner of Social Security.

Dated at Denver, Colorado this 15th day of October, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Kathy Preuitt-Parks

Kathy Preuitt-Parks
Deputy Clerk